# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

TERRY JOHNSON,

    VS                                                                      CASE NO. 4:13-cv-560-WS-CAS

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION,

## REFERRAL AND ORDER

The **UNOPPOSED** motion/pleading was filed by plaintiff on 3/5/2014 (document #14), and referred to Magistrate Judge Charles A. Stampelos on 3/6/2014.

Summary of motion/pleading: PLAINTIFF'S UNCONTESTED MOTION FOR SECOND EXTENSION OF TIME

                                            JESSICA J. LYUBLANOVITS
                                            CLERK OF COURT

                                                        s/ David Thomas
                                            DEPUTY CLERK

---

## ORDER OF COURT

Upon consideration of the foregoing, it is ORDERED this 6th day of March, 2014, the requested relief is **GRANTED.** The time for filing the memorandum in support of the complaint is extended to April 4, 2014. Defendant shall have 30 days from receipt of Plaintiff's memorandum to file a reply memorandum.

                                                       S/ Charles A. Stampelos
                                            UNITED STATES MAGISTRATE JUDGE