IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TERRY B. JOHNSON,

    Plaintiff,

v.                                                                                 4:13cv560-WS

CAROLYN W. COLVIN,
Acting Commissioner of the Social
Security Administration,

    Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed July 1, 2014. See Doc. 20. The magistrate judge recommends that the Commissioner's decision to deny the plaintiff's application for benefits be affirmed. The plaintiff has filed no objections to the report and recommendation.

Having carefully reviewed the magistrate judge's report and recommendation, the ALJ's decision, and the administrative record, this court finds

that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The court ADOPTS and incorporates into this order the magistrate judge's report and recommendation (doc. 20) docketed July 1, 2014.

2. The Commissioner's decision to deny the plaintiff's application for benefits is AFFIRMED.

3. The clerk shall enter judgment stating: "The decision of the Commissioner is AFFIRMED."

DONE AND ORDERED this   4th   day of   August  , 2014.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE